partment. April 14, 1905.) Action by Alexander Ferguson against the Harlem Savings Bank, No opinion. Motion denied, with $10 costs.

In re FITZGERALD. (Supreme Court, Appellate Division, First Department. May 20, 1905.) In the matter of Agnes L. Fitzgerald. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

FITZPATRICK, Respondent, v. NAUGHTON CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Nicholas Fitzpatrick against the Naughton Company. No opinion. Motion denied.

FITZPATRICK, Respondent, v. NAUGHTON CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Nicholas Fitzpatrick against the Naughton Company.
PER CURIAM. Motion to resettle order denied. Motion for leave to appeal to the Court of Appeals denied, but proceedings on the judgment of this court stayed for 10 days, in order to allow the appellant to apply for leave to a judge of the Court of Appeals, if so advised.

FLEMING, Respondent, v. WORDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by James Fleming against Charles A. Worden, as executor, etc., of Mary A. Robart, deceased. No opinion. Judgment affirmed, with costs.

FOGEL, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Morris Fogel against the Interborough Rapid Transit Company. I. N. Miller, for appellant. F. Bien, for respondent.
PER CURIAM. Judgment and order affirmed, with costs.
INGRAHAM and McLAUGHLIN, JJ., dissent.

FRANCE, Respondent, v. FISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Nicholas France against Henry C. Fischer. No opinion. Judgment and order unanimously affirmed, with costs.

FREELAND v. A. B. & E. L. SHAW CO. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Alfred A. Freeland against the A. B. & E. L. Shaw Company. No opinion. Motion denied, with $10 costs.

GABEL, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Edward Gabel against Anna E. Williams. No opinion. Order affirmed, with $10 costs and disbursements.

GALLAGHER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Emma Gallagher, as administratrix, etc., of James Gallagher, deceased, against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
PARKER, P. J., dissents.

GIBBONS, Appellant, v. BERLOZHEIMER, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Hannah K. Gibbons against Philip Berlozheimer. W. B. Raymond, for appellant. M. E. Harby, for respondent. No opinion. Judgment affirmed, with costs.

GIFFORD, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Orlando Gifford against Marcus King and Harriet King. No opinion. Judgment affirmed, with costs.

GILLEN BROS. v. UNITED STATES CASUALTY CO. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Gillen Bros. against the United States Casualty Company. No opinion. Motion denied, with $10 costs.

GOLDBERG, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by William Goldberg against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

GOLDBERG, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Jennie Goldberg against Louis Goldberg. A. A. Silberberg, for appellant. H. L. Franklin, for respondent. No opinion. Judgment affirmed, with costs.

GOUCHER, Appellant, v. HARDY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by James L. Goucher against Mary E. Hardy and another. No opinion. Judgment unanimously affirmed, with costs.

GOULDING, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Lawrence J. Goulding against the Metropolitan Street Railway Company. T. J. O'Neill, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with costs.

GOVE, Appellant, v. TISCHLER, Respondent. (Supreme Court Appellate Division, First Department. May 20, 1905.) Appeal from Special Term. Action by La Roy S. Gove, as trustee, etc., against Max Tischler. From an order granting defendant's motion to vacate